IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00064-WYD-MEH

PAUL ANTHONY ROSS,

      Plaintiff,

v.

CAPT. J. SCOTT GIBSON (Individually),
LT. RAYMOND COLE (Individually),
CAPT. MISTY LOGAN (Individually),
MAJOR MARK BROADDUS (Individually),
LT. MICHELE LAPORTE (Individually), and
ASST. WARDEN CAROL SOARES (Individually),

      Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 3 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*.  It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants.  If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 4/11/06

BY THE COURT:

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-00064-WYD-MEH

Paul Anthony Ross
Prisoner No. 92520
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Capt. J. Scott Gibson, Lt Raymond Cole,
Capt. Misty Logan, Major Mark Broaddus,
Lt. Michele La Porte, and Asst. Warden Carol Soares – WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Capt. J. Scott Gibson, Lt Raymond Cole, Capt. Misty Logan, Major Mark Broaddus, Lt. Michele La Porte, and Asst. Warden Carol Soares: COMPLAINT FILED 1/13/06, SUMMONS, WAIVER, AND CONSENT FORM on 4/13/06 .

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk